# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,                    Case No. 24-CR-00119(1) (JMB/LIB)

     Plaintiff,

v.                                                              **ORDER**

Adam Alexander White,

     Defendant.

---

Based on the United States' motion for a Preliminary Order of Forfeiture (Doc. No. 45); on the Plea Agreement entered into between the United States and Defendant Adam Alexander White (Doc. No. 42); and on the Court having found that certain property is subject to forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), the United States has established the requisite nexus between such property and the offenses to which White has been found guilty,

Therefore, based on the foregoing and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.    The United States' Motion for a Preliminary Order of Forfeiture (Doc. No. 45) is GRANTED**;**

2.    The following property is forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1) and (2) and 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c);

    a.  Glock .40 caliber handgun with serial number AVN970;

    b.  Glock 19X handgun with serial number BVHW759;

c. Colt 1911-style handgun with serial number C92678; and

d. Any associated accessories and ammunition

(collectively, "the Property");

3. The Attorney General or his authorized designee may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to White at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

6. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee; and

7. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).


Dated: October 7, 2024                    /s/ *Jeffrey M. Bryan*
                                          Judge Jeffrey M. Bryan
                                          United States District Court